United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| RANDY EMMANUEL MINEROS-AYALA, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-03521 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| RANDY TATE, *et al*, Respondents. | § § | |

### ORDER

Pending is a petition for writ of *habeas corpus* by Petitioner Randy Emmanuel Mineros-Ayala under 28 USC §2241. Dkt 1.

Prior order directed the Government to show cause by May 13, 2026. Dkt 4. It filed a motion for summary judgment on May 22, 2026, explaining that it first received notice of this action that day. See Dkt 5 at 1. The explanation sufficiently accounts for the delay. The motion will thus be accepted as timely.

Petitioner may now file any response by June 5, 2026.

SO ORDERED.

Signed on May 29, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge